**PRISONER CASE**

MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

CAT III

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JESSE M. HATCH | **Defendant(s):** | TERRY MCCANN, et al. |
| **County of Residence:** | WILL | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

08cv3847
JUDGE COAR
MAG. JUDGE COX

Jesse M. Hatch
N-32521
Stateville - STV
P.O. Box 112
Joliet, IL 60434

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

FILED
JN
JUL X 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** *a. E. Woodham* **Date:** 07/07/2008