MHN

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

**FILED**
JUL 7 2008 aw
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NORTHERN District of ILLINOIS

Jesse M. Hatch,
Plaintiff

V.

Terry McCann, et. al.,
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE 08cv3847
JUDGE COAR
MAG. JUDGE COX

I, Jesse M. Hatch, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)
   If "Yes," state the place of your incarceration **Stateville Prison**
   Are you employed at the institution? **No**  Do you receive any payment from the _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **August, 1980 - $1,200.00 per week  J+H Auto Body Shop  10914 S. Michigan, Chicago, IL**

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes  ☒ No
   d. Disability or workers compensation payments       ☐ Yes  ☒ No
   e. Gifts or inheritances                             ☒ Yes  ☐ No
   f. Any other sources                                 ☐ Yes  ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. **$155.00 from brother and sister-in-law + daughter. Same in next 12 months.**

4.  Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    None

I declare under penalty of perjury that the above information is true and correct.

6-24-08
Date

Jesse M. Hatch
Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __11.30__ on account to his/her credit at (name of institution) __Stateville Correctional Center__. I further certify that the applicant has the following securities to his/her credit: __—__. I further certify that during the past six months the applicant's average balance was $ __13.28__.

6-25-08
Date

T. C.
Signature of Authorized Officer

Date: 6/25/2008  
Time: 2:48pm  
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 12/25/2007 thru End;  Inmate: N32521;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** N32521 Hatch, Jesse M.  **Housing Unit:** STA-D -05-36

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | **Beginning Balance:** |  | 1.30 |
| 12/28/07 | Disbursements | 84 Library | 362390 | Chk #137928 | j1225719, DOC: 523 Fund Librar, Inv. Date: 12/25/2007 | -1.00 | .30 |
| 01/07/08 | Disbursements | 84 Library | 007390 | Chk #138020 | C0104090, DOC: 523 Fund Librar, Inv. Date: 01/04/2008 | -.20 | .10 |
| 01/09/08 | Mail Room | 01 MO/Checks (Not Held) | 0092164 | B248776 | Hatch, Bob | 25.00 | 25.10 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 |  | P/R month of 12/2007 | 8.16 | 33.26 |
| 01/11/08 | Disbursements | 84 Library | 011390 | Chk #138105 | j1225721, DOC: Library Copies, Inv. Date: 12/25/2007 | -22.05 | 11.21 |
| 01/11/08 | Disbursements | 84 Library | 011390 | Chk #138105 | j1225723, DOC: Library Copies, Inv. Date: 12/25/2007 | -.35 | 10.86 |
| 01/11/08 | Disbursements | 84 Library | 011390 | Chk #138105 | j1225731, DOC: Library Copies, Inv. Date: 12/25/2007 | -4.40 | 6.46 |
| 01/21/08 | Point of Sale | 60 Commissary | 0217137 | 522441 | Commissary | -6.07 | .39 |
| 01/24/08 | Disbursements | 84 Library | 024390 | Chk #138400 | C0123062, DOC: 523 Fund Librar, Inv. Date: 01/23/2008 | -.10 | .29 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 |  | P/R month of 01/2008 | 10.00 | 10.29 |
| 02/12/08 | Point of Sale | 60 Commissary | 043721 | 525455 | Commissary | -6.07 | 4.22 |
| 02/13/08 | Disbursements | 80 Postage | 044390 | Chk #138764 | g0208166, DOC: 523 Fund Inmate, Inv. Date: 02/08/2008 | -1.31 | 2.91 |
| 02/14/08 | Mail Room | 01 MO/Checks (Not Held) | 0452175 | 1371009 | Hatch, Bob | 20.00 | 22.91 |
| 02/19/08 | Point of Sale | 60 Commissary | 0507135 | 526561 | Commissary | -19.75 | 3.16 |
| 02/21/08 | Mail Room | 01 MO/Checks (Not Held) | 0522175 | 1202012 | Lofton, Nicole | 40.00 | 43.16 |
| 02/22/08 | Disbursements | 84 Library | 053390 | Chk #138892 | w 01 30 006, DOC: 523 Fund Lib, Inv. Date: 01/30/2008 | -2.80 | 40.36 |
| 02/29/08 | Disbursements | 84 Library | 060390 | Chk #139059 | C0227015, DOC: 523 Fund Librar, Inv. Date: 02/27/2008 | -4.40 | 35.96 |
| 02/29/08 | Disbursements | 84 Library | 060390 | Chk #139059 | C0227030, DOC: 523 Fund Librar, Inv. Date: 02/27/2008 | -2.65 | 33.31 |
| 03/03/08 | Point of Sale | 60 Commissary | 0637137 | 527682 | Commissary | -31.89 | 1.42 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 |  | P/R month of 02/2008 | 9.86 | 11.28 |
| 03/11/08 | Disbursements | 84 Library | 071390 | Chk #139169 | C0304049, DOC: Library Copies, Inv. Date: 03/04/2008 | -5.40 | 5.88 |
| 03/19/08 | Point of Sale | 60 Commissary | 0797135 | 530162 | Commissary | -4.74 | 1.14 |
| 03/26/08 | Disbursements | 80 Postage | 086390 | Chk #139547 | g0326059, DOC: 523 Fund Inmate, Inv. Date: 03/26/2008 | -.41 | .73 |
| 04/03/08 | Mail Room | 01 MO/Checks (Not Held) | 0942175 | 1399767 | Sherrill, Joan | 25.00 | 25.73 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 |  | P/R month of 03/2008 | 6.46 | 32.19 |
| 04/10/08 | Disbursements | 84 Library | 101390 | Chk #139784 | J0408031, DOC: 523 Fund Librar, Inv. Date: 04/08/2008 | -2.10 | 30.09 |
| 04/10/08 | Disbursements | 84 Library | 101390 | Chk #139784 | J0408083, DOC: 523 Fund Librar, Inv. Date: 04/08/2008 | -.20 | 29.89 |
| 04/11/08 | Point of Sale | 60 Commissary | 1027137 | 532131 | Commissary | -28.28 | 1.61 |
| 04/23/08 | Mail Room | 01 MO/Checks (Not Held) | 1142175 | 290906919 | Hatch, Robert | 20.00 | 21.61 |
| 04/24/08 | Disbursements | 80 Postage | 115390 | Chk #140154 | g0423025, DOC: 523 Fund Inmate, Inv. Date: 04/23/2008 | -.41 | 21.20 |
| 04/28/08 | Disbursements | 84 Library | 119390 | Chk #140193 | C0423059, DOC: 523 Fund Librar, Inv. Date: 04/23/2008 | -4.10 | 17.10 |
| 04/28/08 | Disbursements | 84 Library | 119390 | Chk #140193 | w0425 028, DOC: 523 Fund Libra, Inv. Date: 04/25/2008 | -.05 | 17.05 |
| 05/05/08 | Point of Sale | 60 Commissary | 126783 | 535161 | Commissary | -17.01 | .04 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 |  | P/R month of 04/2008 | 4.08 | 4.12 |
| 05/19/08 | Point of Sale | 60 Commissary | 1407137 | 537958 | Commissary | -3.55 | .57 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | C0515035, DOC: 523 Fund Reimbu, Inv. Date: 05/15/2008 | -.45 | .12 |

| | | Stateville Correctional Center | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 6/25/2008 | | Trust Fund | | | | | Page 2 |
| Time: 2:48pm | | Inmate Transaction Statement | | | | | |
| d_list_inmate_trans_statement_composite | | | | | | | |

REPORT CRITERIA - Date: 12/25/2007 thru End;    Inmate: N32521;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N32521 Hatch, Jesse M.**                    **Housing Unit: STA-D -05-36**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 10.00 | 10.12 |
| 06/12/08 | Disbursements | 84 Library | 164337 | Chk #140896 | w 0527 082, DOC: Library Copie, Inv. Date: 05/27/2008 | -4.80 | 5.32 |
| 06/12/08 | Disbursements | 84 Library | 164337 | Chk #140896 | C0520037, DOC: Library Copies, Inv. Date: 05/20/2008 | -.60 | 4.72 |
| 06/12/08 | Disbursements | 84 Library | 164337 | Chk #140896 | C0520138, DOC: Library Copies, Inv. Date: 05/20/2008 | -2.00 | 2.72 |
| 06/17/08 | Mail Room | 01 MO/Checks (Not Held) | 1692175 | 1400246 | Sherrill, Joan | 25.00 | 27.72 |

|   |   |
|---|---|
| Total Inmate Funds: | 27.72 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 16.42 |
| Funds Available: | 11.30 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/29/2008 | WW523 014 | Disb | Library | 2 DOC: 523 Fund Library | $12.40 |
| 06/24/2008 | C0624004 | Disb | Library | 2 DOC: 523 Fund Library | $3.60 |
| 06/25/2008 | g0625116 | Disb | Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| | | | | **Total Restrictions:** | **$16.42** |