MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Jesse M. Hatch

-v-

Defendant(s) Terry McCann, et al.,

Case No. 08cv3847
JUDGE COAR
MAG. JUDGE COX

Judge: _____
Magistrate Judge: _____

**FILED**
JUL 7 2008
7-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Jesse M. Hatch**, declare that I am the (check appropriate box) ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: **I wrote letters to Jenner & Block, and Sidley + Austin law firms — no response.**

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

Date: July 1, 2008

Movant's Signature: *Jesse M Hatch*

Street Address: P.O. Box 112

City/State/Zip: Joliet, IL 60434

As indicated in paragraph three on the front of this form, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Paul Plunkett | Case Number | |
|---|---|---|---|
| Case Title | Not Known | | |
| Appointed Attorney's Name | William E. Dicks | | |
| If case is still pending, please check box: ☐ | Not Pending | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | | |